# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR406-00215-001 |
| ) | |
| Cleon O. Wells ) | |

## ORDER

On August 16, 2007, as a special condition of his probation, the above-named defendant began a six-month term of home confinement with electronic monitoring. As part of the defendant's home detention condition, he agreed to assume financial responsibility for the electronic monitoring equipment.

On November 3, 2007, the defendant violated his probation when he removed the electronic monitoring transmitter from his leg.. On December 11, 2007, a probation revocation hearing was held and the defendant acknowledged to the Court that he destroyed the electronic monitoring transmitter after he removed it from his person.

Further, at his probation revocation hearing, the defendant acknowledged to the Court his financial responsibility for the lost electronic monitoring transmitter and agreed to pay $385 for a replacement electronic monitoring transmitter.

Therefore, the Court orders that the defendant shall pay the sum of $385 to the Clerk, U.S. District Court, P.O. Box 8283, Savannah, Georgia, 31412. Payment is to be sent to the attention of F. Ray Stalvey, Financial Manager, U.S. District Court Clerk's Office and is to be made within thirty days from the date of this order.

**SO ORDERED**, this 11th day of December, 2007.

James E. Graham
United States Magistrate Judge