FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 MAR 11 PM 2:50

CLERK R. Cook
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO.: CR406-215 |
| CLEON O. WELLS | : |

## ORDER

Defendant has filed a Motion for Reconsideration of Sentence and the Government has filed a response. For the reasons set forth by the Government, Defendant's Motion is **DENIED**.

**SO ORDERED**, this 11th day of March, 2008.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)